UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,   Case No. 18-cr-20346
                            Hon. Matthew F. Leitman

v.

ARRAD M. BROWN,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 32)

On February 2, 2021, the Court held a hearing on Defendant Arrad Brown's motion for compassionate release. For the reasons stated on the record during the hearing, the motion is **DENIED**.

    **IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: February 3, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 3, 2021, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9764