UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                   Case No. 18-cr-20346
                                   Hon. Matthew F. Leitman

ARRAD M. BROWN,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 41)

Defendant Arrad M. Brown is a federal prisoner in the custody of the Federal Bureau of Prisons. On November 24, 2020, Brown filed a motion asking the Court to appoint him counsel so that he could file a motion for compassionate release. (*See* Mot. for Counsel, ECF No. 29.) The Court granted that motion and appointed Brown counsel. (*See* Order, ECF No. 30.) Counsel thereafter filed a motion for compassionate release on Brown's behalf. (*See* Mot. for Compassionate Release, ECF No. 32.) The Court held a video hearing on Brown's motion on February 2, 2021, and denied the motion. (*See* Order, ECF No. 40.)

On March 3, 2021, Brown, appearing *pro se*, filed a second motion with the Court asking for compassionate release. (*See* Mot., ECF No. 41.) The Court appreciates Brown keeping the Court informed of his current status. However,

Brown's new filing neither persuades the Court that it erred when it denied his first motion for compassionate release nor that there has been a substantial change in Brown's circumstances in the last month that would entitle him to compassionate release now. Accordingly, for all of the reasons stated during the Court's February 2, 2021, motion hearing, and the reasons stated in this order, Brown's second motion for compassionate release (ECF No. 41) is **DENIED**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: March 4, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 4, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764
